

# NUMBER 13-08-00332-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MAJOR CARVEL BALDWIN,**                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

### On Appeal from the 36th District Court
### of Aransas County, Texas.

---

## MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Garza and Vela
## Memorandum Opinion Per Curiam

Appellant, Major Carvel Baldwin, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it.  *See* TEX. R. APP. P. 42.2(a).  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 11th day of June, 2009.